Dennis A. Spellissy v. Abraham Vexler.— Motion to dismiss appeal from judgment granted, with ten dollars costs, and motion to dismiss appeal from order denied, with ten dollars costs.

Walter W. Miller v. Charles E. Campbell.— Motion denied, with ten dollars costs.

Cotton Wood Creek Company v. Robert Kuehner. (2 cases).— Motions denied.

In the Matter of the City of New York.— Motion denied.

Robert R. Sizer v. Kline Brothers. Harry A. Ely v. Thomas F. Russell. James G. Shaw v. Stanley, Jordan & Company. Guillaume Reusens v. Oliver M. Arkenburgh. Frederick Sieman v. New York Transportation Company. Diederich Sieman v. New York Transportation Company. Louis H. Backman v. Thomas W Topham. Ephraim Siff v. Eber Forbes. Maynard N. Clement v. George L. Donellan.— Motions denied, with ten dollars costs.

The People of the State of New York ex rel. Adrian H. Joline v. William R. Willcox. Jeanette H. Joseph v. Simon Herzig. In the Matter of Georgianna M. Amidon. William J. Schieffelin v. George B. McClellan.— Motions granted; questions certified.

Frederick Sieman v. New York Transportation Company. Diederich Sieman v. New York Transportation Company.— Motions for stay denied. Settle orders on notice.

Cornelius G. Coakley v. "George" L. Rickard. In the Matter of Celine S. Hollins, as Executrix.— Motions for stay granted. Settle orders on notice.

Guy M. Gest v. City and County Contract Company.— Motion denied, with ten dollars costs. Settle order on notice.

Grossman Brothers & Rosenbaum v. Atlas Construction Company. De Graff & Palmer v. Mayer L. Mayper and Others. Joseph Simon, an Infant, v. Henry L. Preston. Anliss E. Heerman v. Caroline L. C. Payne. Ira Mowery v. Charles F. Pierce, Impleaded. Diederich Blendermann v. Emma M. Wray. Marcel Prineveau v. Reno R. Billington. John A. Morris v. William H. Woolverton, as President. Abram V. Smith v. Herring-Hall-Marvin Safe Company. Samuel M. Hodkinson v. Ann Errett, etc., and Others. Trust Company of America v. Henry Conklin.— Motions to appeal from Appellate Term denied, with ten dollars costs. Orders signed.

Katrinka M. Simon v. Ignatz Schmitt.— Motion granted. Order signed.

Frederick J. Ogden and Others v. William L. Sergeant.— Motion granted upon plaintiffs filing stipulation mentioned in order.

In the Matter of Nathan S. Levy, an Attorney.— Reference ordered. Settle order on notice.

Anliss E. Heerman v. Caroline L. C. Payne.— Motion for stay denied, with ten dollars costs. Settle order on notice.

Samuel C. Master v. Samuel Lewis.— Motion to appeal from Appellate Term denied, with ten dollars costs. Order signed.

Bella Usefof v. David Herzenstein, Impleaded.— Motion to appeal from Appellate Term denied, with ten dollars costs. Order signed.